IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
98 JUL -8 PM 3:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

MILTON BARNARD JAMAR, )
)
    Plaintiff, )
)
vs. ) CV 98-S-1275-NE
)
SHERIFF JOE WHISTANTE, )
)
    Defendant. )

ENTERED
JUL - 8 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 19, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on June 26, 1998. Plaintiff claims that he is unable to state a claim of constitutional proportion because he has been denied access to the law library. Plaintiff does not state what constitutional claim he would have set forth if he had had access to the law library. The facts, as plaintiff states them, were clearly stated, but do not set forth a constitutional claim, with or without benefit of the use of a law library.



Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 8th day of July, 1998.

_____
UNITED STATES DISTRICT JUDGE